

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00686-CR

**IN RE** Chris **SLACK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: November 7, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On September 24, 2018, Relator Chris Slack filed a petition for writ of mandamus. After considering the petition, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2018-CR-0227, styled *State of Texas v. Chris Slack*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin O'Connell presiding.